12998.   CHATTOOGA COUNTY *v.* GLENN, tax-collector, *et al.*

JENKINS, P. J.   1. Since a bill of exceptions will lie from an order dismissing an affidavit of illegality upon demurrer, on the theory that, "the case going out of court on demurrer, nothing was left to try" (*Artope* v. *Barker*, 72 *Ga.* 186), an order overruling such a demurrer will likewise support a writ of error therefrom, as a judgment which, "if it had been rendered as claimed by the plaintiff in error, would have been a final disposition of the cause." Civil Code (1910), § 6138.

2. The demurrer to the 1st ground of the affidavit of illegality was sustained by the trial court, and to this decision no exception is taken.

Under the ruling this day made by the Supreme Court in *McWhorter* v. *Chattooga County*, 154 *Ga.* 289 (114 S. E. 203), which involved the same execution and official bond proceeded against, and a similar ground of illegality and demurrer, the court erred in overruling the demurrer to the remaining grounds of the affidavit of illegality filed by the tax-collector. *Judgment reversed. Stephens and Bell, JJ., concur.*
DECIDED SEPTEMBER 28, 1922.

Illegality of execution; from Chattooga superior court — Judge Wright. October 4, 1921.

*Wesley Shropshire,* for plaintiff.

*Denny & Wright, Rosser & Shaw, G. G. Glenn, B. E. Neal, C. D. Rivers,* for defendants.